AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico



RECEIVED
U.S. MARSHALS SERVICE
2023 DEC -8 PM 3:25
LAS CRUCES, NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
JAN 18 2024
MITCHELL R. ELFERS
CLERK

| United States of America | ) |
|---|---|
| ROBERT PADILLA, a.k.a. "Fat Head" and GARY COCA, | ) ) Case No. CR 22-0634 JB |
| Defendant | ) |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Nathan Duran, a person

☑ who has been served with a subpoena to appear in this case and has failed to do so.
☐ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 12/08/2023

*Issuing officer's signature*

City and state: Albuquerque, NM

James O. Browning, United States District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/8/23, and the person was arrested on *(date)* 12/8/23
at *(city and state)* LAS VEGAS, NM.

Date: 12/8/23

SANTA FE DEPUTY USM
*Arresting officer's signature*

L. HARPER   SDUSM
*Printed name and title*